BANTAM SUPPLY COMPANY, INC. *v.* ROSALIE FRIEDMAN
(10468)

DALY, O'CONNELL and FREEDMAN, Js.

Submitted on briefs December 14, 1992—decision released January 12, 1993

*Mark V. Oppenheimer* filed a brief for the appellant (defendant).

*Thomas F. Hogan* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

ANDREA ORLOVSKY *v.* DANIEL ORLOVSKY
(11186)

DALY, O'CONNELL and FREEDMAN, Js.

Submitted on briefs December 14, 1992—decision released January 12, 1993

*Gary P. Cahill* filed a brief for the appellant (defendant).

*Pasquale Young* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.